## Commonwealth *v.* Parker, Appellant.

Submitted September 8, 1969. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility, on the present or an amended petition, for an evidentiary hearing and/or other relief may be determined.

WRIGHT, P. J., would affirm the order below.